# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

**Personal Property Recovered From
Barona Valley Ranch Resort & Casino
Room 6046**

**SEARCH WARRANT**

**CASE NUMBER:** '07 MJ 2622

TO: <u>Any Special Agent of the Federal Bureau of Investigation</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>FBI Special Agent David J. Eaton</u>
who has reason to believe that on the ___ person or _X_ on the premises known as

See Attachment A

in the Southern District of California, there is now concealed a certain person or property, namely

See Attachment B

which is the fruits, instrumentalities and evidence concerning violations of Title <u>18</u> United States Code, Sections <u>2113(a), 371 and 2</u>;

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  11/17/07
                                                          Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search
☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ ~~(at any time in the day or night as I find reasonable cause has been established)~~
and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

11/7/07 @ 4:05 pm                                at      San Diego, California
Date/Time issued

<u>Cathy Ann Bencivengo, U.S. Magistrate Judge</u>
Name and Title of Judicial Officer                        Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>11/7/07 | DATE AND TIME WARRANT EXECUTED 11/8/07 @ 1:45 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH PROPERTY |
| INVENTORY MADE IN THE PRESENCE OF: N/A |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(SEE ATTACHED)

**CERTIFICATION**

*I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.*

SA David Feto, FBI

*Subscribed, sworn to, and returned before me this date.*

_____     12/3/07
U.S Judge or Magistrate           Date

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**

## ATTACHMENT A

Description of Property To Be Searched

1) Red nylon "Spaulding" brand duffle bag containing various items of personal property;

2) Ten (10) plastic "Ziploc"-type storage bags containing various items of personal property.

The above items were collected at approximately 6:00 p.m. on November 2, 2007, from Room 6046 at the Barona Valley Ranch Resort and Casino (Barona), 1932 Wildcat Canyon Road, Lakeside, California. The property was collected by Barona Security personnel and held as abandoned property, pursuant to hotel policy as it pertains to abandoned hotel rooms. At the time of the collection, Room 6046 was last registered to Michael Martin. On November 3, 2007, the above property was turned over to the FBI, where it is currently maintained for safekeeping at the San Diego FBI Field Office, 9797 Aero Drive, San Diego, California.

ATTACHMENT B

Any and all evidence related or pertaining to the following bank robberies:

October 2, 2007, Wells Fargo Bank, 8898 Navajo Road, San Diego, California (CA);
October 3, 2007, Washington Mutual Bank, 348 S. Twin Oaks Valley Road, San Marcos, CA;
October 4, 2007, Union Bank of California, 1512 Main Street, Ramona, CA;
October 5, 2007, Citibank, 3777 Avocado Boulevard, La Mesa, CA;
October 15, 2007, Wells Fargo Bank, 2960 Cleveland Avenue, Santa Rosa, CA;
October 17, 2007, Wachovia Bank, 1260 Trancas Street, Napa, CA;
October 25, 2007, Bank of America, 2 Financial Plaza, Napa, CA;
October 29, 2007, California Bank & Trust, 135 Saxony, Encinitas, CA;
November 1, 2007, Citizens Business Bank, 800 Glenneyre Street, Laguna Beach, CA;

including, but not limited to the following:

1. Clothing and other items worn during the robberies, as depicted in the bank surveillance photographs or as described by victims/witnesses, to include: distinctive shirts, hats, sunglasses and other items of clothing.

2. Proceeds from the robbery to include: United States currency, currency straps, other items that may contain bank markings, any items evidencing the expenditure of bank robbery proceeds, including recent sales receipt or items purchased since October 2, 2007.

3. Articles of personal property, including but not limited to writings, correspondence, notes, practice or draft demand notes, maps, telephone records, receipts relating to the planning and commission of bank robberies and/or the existence of a conspiracy to commit bank robberies; as well as receipts relating to travel between San Diego County in Southern California and Napa and Sonoma Counties in Northern California, such as gasoline, lodging, meals and other travel expenditures.

4. Articles of personal property relating to the obtaining, secreting, transfer, expenditure and/or concealment of money and assets derived from the commission of the above bank robberies, including books, receipts for any significant purchases, records, bank statements and records, credit card statements and records, business records, money drafts, money order and cashiers check receipts, safes, keys to any safes located on the premises, and records of safety deposit boxes and storage lockers.

5. Evidence of Dominion and Control, to include documents and articles of personal property relating to the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the residence and/or vehicle to be searched or property therein, including utility bills, keys, personal identification documents, vehicle registration documents, proof of insurance, and driver's licenses.

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 91A-SD-69907

On (date) 11/8/07 @ 2:15/p

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) PROPERTY COLLECTED FROM BARONA RANCH
(City) RESORT & CASINO, LAKESIDE, CA

Description of Item(s):
① Miscellaneous documents + receipts
② Stolen checkbooks
③ Digital Camera memory stick
④ Silver "GENEVA" wristwatch - broken
⑤ VISA credit card #4852 8000 0248 0659 MIKE G. MARTIN
⑥ Assorted men's clothing and bandanas
⑦ Assorted women's clothing and bandanas
⑧ 1 pair sunglasses
⑨ RITE AID Prescription Bottle - MELANIE DEPALMER
——— NOTHING FOLLOWS ———

NOTHING FOLLOWS

Received By: SA [signature], FBI   Received From: _____
(Signature)                          (Signature)